Timothy WILLIAMS, Plaintiff—
Appellant,

v.

FORCE PROTECTION INDUSTRIES
INCORPORATED; Howard Eisenhut,
individually and as an employee of
Force Protection Industries Incorpo-
rated; Shelia Boyd, individually and
as an employee of Force Protection
Industries Incorporated; Vanessa
Ladson, individually and as an em-
ployee of Force Protection Industries
Incorporated; Helen Gearheard, indi-
vidually and as an employee of Force
Protection Industries Incorporated;
Brenda Valentine, individually and as
an employee of Force Protection In-
dustries Incorporated, Defendants—
Appellees.

No. 09–2033.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 7, 2010.

Decided: April 23, 2010.

Timothy Williams, Appellant Pro Se.
Michael D. Carrouth, Fisher & Phillips,
LLP, Columbia, South Carolina, for Appel-
lees.

Before NIEMEYER, AGEE, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Timothy Williams appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and granting
summary judgment to Defendants in this
action alleging employment discrimination
under Title VII of the Civil Rights Act of
1964, as amended, and raising related
claims under state law. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Williams v.
Force Protection Industries Inc.*, No. 2:07–
cv–03679–MBS, 2009 WL 857400 (D.S.C.
Mar. 31, 2009). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*